IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.

IN RE: $72,566.86 SEIZED FROM BANK OF AMERICA ACCOUNT #0000000433067200

---

**UNITED STATES' MOTION FOR EXTENSION OF TIME
TO FILE COMPLAINT FOR FORFEITURE**

---

COMES NOW the United States of America (the "United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews, and pursuant to 18 U.S.C. § 983(a)(3)(A), moves the Court to extend the time in which the United States is required to file a civil forfeiture action from February 6, 2022 to April 7, 2022.  The following asset is subject to potential forfeiture: $72,566.86 seized from Bank of America Account #0000000433067200.

In support of this Motion, the United States states:

1.      On March 27, 2020, the President signed into law the Coronavirus Aid, Relief, and Economic Security (CARES) Act, which provided emergency assistance to small businesses owners, through the Small Business Association (SBA), including agricultural businesses, and nonprofit organizations in all the U.S. states, Washington D.C., and territories affected by the Coronavirus (COVID-19) pandemic. For the past year, the United States Secret Service (USSS) has been working with various financial institutions to identify and freeze the suspected fraudulent accounts through which a scheme to defraud the SBA has been utilized.

1

2. On August 17, 2021, the USSS obtained a seizure warrant for funds from approximately 3,827 accounts with approximately $95,731,257.07 at Bank of America located at 100 North Tryon Street, Charlotte, North Carolina.

3. Subsequent to the seizure, the USSS initiated administrative forfeiture proceedings against the funds seized from each of the approximately 3,827 accounts at Bank of America.

4. An individual using the name Alfred Makhmudyan and Glendale Accounting Group, Inc., through counsel Jacek W. Lentz, filed a timely claim for the above captioned $72,566.86 seized from Bank of America Account #0000000433067200 ("the subject funds") on November 8, 2021. The USSS forwarded the claim to the United States Attorney's Office for the District of Colorado on December 27, 2021, for the filing of a Verified Complaint.

5. Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), unless the time is extended by the court for good cause, or upon agreement of the parties, the United States is required to file a civil complaint for forfeiture against the subject funds or obtain an indictment alleging that the property is subject to forfeiture, no later than February 6, 2022.

6. In this case, the parties have an agreed to an extension of 60 days for the time the United States has to file a claim while they are engaging in settlement negotiations.  The United States has been in contact with counsel, Mr. Lentz, who has agreed to this extension.

WHEREFORE, the United States respectfully requests that the time in which the United States is required to file a Complaint against the subject asset be extended to April 7, 2022, such that the parties may effectuate the necessary settlement paperwork.

DATED this 1st day of February 2022.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By: *s/ Tonya S. Andrews*
      Tonya S. Andrews
      Assistant United States Attorney
      United States Attorney's Office
      1801 California Street, Suite 1600
      Denver, Colorado 80202
      Telephone: 303-454-0100
      Fax: 303-454-0405
      Email: tonya.andrews@usdoj.gov